## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EVELYN LEWIS, LASHONA LEWIS, A MINOR BY HER PARENT AND NATURAL GUARDIAN, EVELYN LEWIS AND EVELYN LEWIS IN HER OWN RIGHT, BRIDGET MCGINCHEY, A MINOR BY HER LEGAL GUARDIAN, EVELYN LEWIS AND EVELYN LEWIS IN HER OWN RIGHT, BRYANNA MCGINCHEY, A MINOR BY HER LEGAL GUARDIAN, EVELYN LEWIS AND EVELYN LEWIS IN HER OWN RIGHT, MICHAEL LEWIS, A MINOR BY HIS LEGAL GUARDIAN, AARON LEWIS AND AARON LEWIS IN HIS OWN RIGHT AND LAVINIA LEWIS

v.

TOYOTA MOTOR CORP., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR SALES USA, INC., TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA INDUSTRIES NORTH AMERICA, INC., PHILLY CAR SHARE, INC., MCMAHON LEASING, INC., CENTRAL CITY TOYOTA, TOYOTA ARDMORE AND M & B PAUL, INC., AND NOREEN LEWIS

PETITION OF:  M & B PAUL, INC., D/B/A ARDMORE TOYOTA AND CENTRAL CITY TOYOTA (IDENTIFIED IN THE CAPTION AS CENTRAL CITY TOYOTA, TOYOTA ARDMORE AND M & B PAUL, INC.)

No. 11 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.